## SCHUTZ v. STATE.
### No. 24243.

Court of Criminal Appeals of Texas.
Feb. 2, 1949.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for burglary with a penalty assessed at two years in the penitentiary.

The record, as brought forward, contains. neither bills of exception nor a statement of facts. The proceeding appears regular in every respect. Nothing is presented for our consideration.

The judgment of the trial court is therefore affirmed.

## REYNOLDS v. STATE.
### No. 24244.

Court of Criminal Appeals of Texas.
Feb. 2, 1949.

No attorney for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was convicted for the offense of theft and his punishment assessed at two years in the penitentiary.

Nothing is presented for the consideration of this Court. The record contains no bills of exception and no statement of facts. The proceedings appear regular.

The judgment of the trial court is affirmed.